Alan E. Kassan, Esq. – SBN 113864
  Email: akassan@kantorlaw.net
Andrew M. Kantor, Esq. **–** SBN 303093
  Email: akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiffs,
ALAN MCPHERSON and CRAIG MCPHERSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MCPHERSON and CRAIG MCPHERSON,<br><br>Plaintiffs,<br><br>v.<br><br>AIG LIFE INSURANCE COMPANY and THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN,<br><br>Defendants. | Case No.: 2:17-cv-08860-JAK (PLAx)<br><br>[Assigned to the Hon. John A. Kronstadt]<br><br>**JOINT REPORT REGARDING AGREED UPON PRIVATE NEUTRAL**<br><br>Complaint filed:  December 8, 2017 |

In accordance with the Court's Scheduling Order Setting Pretrial Deadlines dated May 23, 2019 [Dkt. 49], counsel for the parties have met and conferred, and have agreed to participate in a private mediation with Adrienne Publicover of JAMS. Mediation has been scheduled to take place on August 1, 2019.

DATED: June 7, 2019                     KANTOR & KANTOR LLP

                                        By:   */s/ Alan E. Kassan*
                                              Alan E. Kassan, Esq.
                                              Attorneys for Plaintiffs, ALAN
                                              MCPHERSON and CRAIG
                                              MCPHERSON

DATED: June 7, 2019                     JACKSON LEWIS P.C.

                                        By:   */s/ Jessica C. Gregg*
                                              Mark R. Attwood
                                              Jessica C. Gregg
                                              Attorneys for Defendants AMERICAN
                                              GENERAL LIFE INSURANCE
                                              COMPANY (erroneously sued and
                                              served as AIG LIFE INSURANCE
                                              COMPANY) and THE BOEING
                                              COMPANY (erroneously sued and
                                              served as THE BOEING COMPANY
                                              EMPLOYEE HEALTH AND
                                              WELFARE BENEFIT PLAN)

## **ECF CERTIFICATION**

The filing attorney attests that they have obtained concurrence regarding the filing of this document from the signatories to this document.